IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UCM USA, INC.,

Plaintiff,

vs.

CASE NO. 1:26-cv-26006-JEM

MATHEW "MATT" CHARLES; 3I LOGISTICS LIMITED d/b/a 3 ISLANDS INTERMODAL and/or BOXMAN; BDO CHRISTCHURCH LIMITED; COLIN ANTHONY LATHAM GOWER, in his capacity as Receiver; DIANA CLARE MATCHETT, in her capacity as Receiver; and HEARTLAND BANK LIMITED,

Defendants.

---

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL [D.E. 01]**

Defendants, BDO CHRISTCHURCH LIMITED; COLIN ANTHONY LATHAM GOWER, in his capacity as Receiver; DIANA CLARE MATCHETT, in her capacity as Receiver; and HEARTLAND BANK LIMITED (Collectively referred to as "Defendants") by and through undersigned counsel, hereby respectfully request an extension of time to respond to Plaintiff, UCM USA, INC.'s ("UCM") Complaint and Demand for Jury Trial [D.E. 01] and in support thereof states:

1. The instant matter arises from an alleged taking, retention, use transfer and sale of shipping containers in New Zealand.

2. In its Complaint, the Plaintiff alleges the ten counts against the various defendants. All of the defendant parties are either residents of New Zealand or were incorporated, headquartered and doing business in New Zealand.

3. The Defendants were served with process and their response to the Complaint is due on either October 6 or October 7, 2026.

4. Upon service, the Defendants retained counsel in New Zealand to seek advice in response to the Complaint. Counsel in New Zealand then were required to find counsel in the United States admitted to practice in the Southern District of Florida and otherwise able to undertake the Defendants' representation.

5. The undersigned counsel was formally retained by the Defendants on October 2, 2026.

6. The Defendants respectfully move for an extension of time to file its response to UCM's Complaint. Specifically, counsel for Defendants request a thirty (30) day extension of time to file their response, on or before November 6, 2026.

7. The Defendants submit that there is good cause for the extension requested due to the need to respond to the nuanced factual and legal issues raised in the Complaint including, without limitation, the matter of personal jurisdiction.

8. In addition, the undersigned just solidified its representation of the Defendants and is working diligently to learn the facts of this matter and the workings of receiverships in New Zealand.

9. While these items alone provide good cause to grant the Defendants' extension, it is further noted these efforts are complicated by the 17-hour time difference between New Zealand and Florida.

10. Movant's counsel certifies that this motion is made in good faith and not for the purpose of delay.

11. The parties in this matter would not be prejudiced should the Court grant the extension herein requested, and counsel for UCM does not oppose the requested extension.

## MEMORANDUM OF LAW

Under Rule 6(b)(1)(A), Federal Rules of Civil Procedure, the court may, for good cause, extend the time to perform any act that must be done within a specified time if a request is made before the original time expires. Here, Defendants have made the request before the expiration of time and has good cause. No prejudice will befall the other parties by this brief extension of time. See *Imperator v. Hartford Insur. Co.*, 2015 WL 13613471 (S.D. Fla. Nov. 10, 2015) (order granting extension of time to respond, even when party was minimally delayed in seeking extension but the prejudice was minimal).

**WHEREFORE**, for the foregoing reasons, BDO CHRISTCHURCH LIMITED; COLIN ANTHONY LATHAM GOWER, in his capacity as Receiver; DIANA CLARE MATCHETT, in her capacity as Receiver; and HEARTLAND BANK LIMITED, respectfully requests that this Honorable Court enter an Order granting Defendants an additional thirty (30) days to file their response to UCM's Complaint, on or before November 4, 2026. A Proposed Order is attached hereto and will be e-mailed to the Court in accordance with the Local Rules of this Court.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel hereby certifies that he has conferred with counsel for UCM concerning the relief sought herein via telephone on October 6, 2026. Counsel for UCM agreed

to an extension limited to fourteen days. Defendants' request for thirty days, therefore, is opposed.

**TAYLOR, DAY, GRIMM & BOYD**

*/s/ Christopher J. Mueller*
CHRISTOPHER J. MUELLER
Florida Bar No: 0015536
cjm@taylordaylaw.com
KENNETH A. TOMCHIN
Florida Bar No: 0724955
ktomchin@taylordaylaw.com
50 North Laura Street, Suite 3500
Jacksonville, Florida 32202
(904) 356-0700
(904) 356-3224 (facsimile)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 6th day of October, 2026. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

*/s/ Christopher J. Mueller*
Attorney